UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19-mj-113 (RMS) |
|---|---|---|
| vs. | : | |
| | : | January 29, 2019 |
| ALAA HASAN QALB ALLOUZ | | |

## CONSENT MOTION TO CONTINUE PROBABLE CAUSE HEARING

The defendant, Alaa Hasan Qalb Allouz, submits the following motion to continue the probable cause hearing in the above-captioned matter pursuant to Rules 5.1(d) and 45(b) of the Federal Rules of Criminal Procedure from January 31, 2019 to February 28, 2019.

Mr. Qalb Allouz is charged with stalking in violation of 18 U.S.C. §§ 2261A(2)(A) and (B). Under 18 U.S.C. § 3161(b), an indictment or information must be filed within 30 days of the defendant's arrest. Rule 5.1(c) of the Federal Rules of Criminal Procedure additionally requires that a preliminary hearing be held within 14 days of the initial appearance of a defendant who is detained.

The continuance is sought so that Mr. Qalb Allouz and counsel may evaluate how to appropriately respond to the charges in this matter, including through the possible resolution of the matter without the need for an indictment or probable cause hearing.

Mr. Qalb Allouz has agreed to waive his rights to a preliminary hearing under Rule 5.1 and speedy trial / indictment under § 3161(b) until February 28, 2019. Mr. Qalb Allouz's speedy trial waiver will be filed along with this motion.

This is Mr. Qalb Allouz's first request for a continuance of the probable cause hearing and the Government does not object to it.

For the reasons above, the defendant requests that the Court exclude the time through and including February 28, 2019 from calculation under Rule 5.1 and 18 U.S.C. § 3161(b), as a continuance is in the interest of justice.

Respectfully submitted,

THE DEFENDANT,
Alaa Hasan Qalb Allouz

/s/ Moira L. Buckley
Moira L. Buckley
Assistant Federal Defender
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106-1976
Phone: (860) 493-6260
Bar no.: ct18803
Email: moira_buckley@fd.org

Certification

I HEREBY CERTIFY that on January 29, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Moira L. Buckley
Moira L. Buckley